# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ROBIN RELPH,**                                  Case No. 3:13-CV-138

    Plaintiff,                                 **Judge Timothy S. Black**

**-vs-**

**NORTHWITT, INC.,** *et al.***,**

  Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendants Motions to Remand (Docs. 30. 35. 38) are **GRANTED**; and the case is **REMANDED** to Montgomery County, Ohio Court of Common Pleas and **CLOSED** from the docket of the Court.

Date: 8/13/2013                                             **JOHN P. HEHMAN, CLERK**

                                                                  By: *s/M. Rogers*, *D.C.*
                                                                   Deputy Clerk